STATE v. DOWNES

No. 346P82.

Case below: 57 N.C. App. 102.

Petition by defendant for discretionary review under G.S. 7A-31 denied 13 July 1982. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 13 July 1982.

STATE v. DUNLAP

No. 344P82.

Case below: 57 N.C. App. 175.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 13 July 1982.

STATE v. GRAY

No. 266P82.

Case below: 56 N.C. App. 667.

Petition by defendant for discretionary review under G.S. 7A-31 denied 13 July 1982.

STATE v. HANDY

No. 332P82.

Case below: 57 N.C. App 215.

Petition by defendant for discretionary review under G.S. 7A-31 denied 13 July 1982.

STATE v. HARRISON

No. 209P82.

Case below: 56 N.C. App. 368.

Petition by defendant for discretionary review under G.S. 7A-31 denied 13 July 1982.